UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JAMES FRAZIER RICHARDSON,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SHASTA, WILLIAM S. BATEMAN, et al.,<br><br>Defendants. | Case No. 2:20-cv-00113-JAM-CKD PS<br><br>**ORDER ON REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' AND RESPONDENTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND PETITION FOR WRIT OF MANDATE**<br><br>Date: February 26, 2020<br>Time: 10:00 a.m.<br>Courtroom: 24, 8th floor |

Defendants and Respondents COUNTY OF SHASTA and WILLIAM S. BATEMAN'S (collectively "Defendants") Motion to Dismiss Plaintiff and Petitioner JAMES FRAZIER RICHARDSON's First Amended Complaint and Petition for Writ of Mandate came regularly for hearing before this Court on February 26, 2020 at 10:00 a.m., before the Honorable Carolyn K. Delaney, in Courtroom 24 of the above-entitled Court. In conjunction with their motion, Defendants moved this Court for an order taking judicial notice of the following documents:

1. Shasta County's Personnel Rules (Updated March 2009).
2. Richardson's Government Claim Form to the County dated March 2, 2019.
3. Richardson's amended Government Claim Form dated March 25, 2019.
4. The County's April 3, 2019, Government Claim rejection notice to Richardson.
5. The County's Memorandum of Understanding with the Mid Management

1 | Bargaining Unit in effect between January 1, 2017 and December 31, 2019.

2 | The Court grants Defendants' request and takes judicial notice of the documents above pursuant to Federal Rule of Evidence 201.

IT IS SO ORDERED.

Dated:  February 27, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE