UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES FRAZIER RICHARDSON, | No.  2:20-CV-00113-JAM-CKD (PS) |
| Plaintiff, | |
| v. | ORDER |
| COUNTY OF SHASTA et al., | |
| Defendants. | |

Plaintiff is proceeding in this action pro se.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c).

On February 28, 2020, the magistrate judge filed findings and recommendations herein which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections, and defendants have filed a response.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 28, 2020 are adopted in full;

2. Plaintiff's Motion to Remand the Petition for Writ of Mandate (ECF No. 5) is DENIED;

3. Plaintiff's first and third causes of action in the First Amended Complaint, alleging negligent infliction of emotional distress and age discrimination under California Government Code § 12940(a), are DISMISSED without prejudice pursuant to Rule 41(a); and

4. Defendants' Motion to Dismiss the First Amended Complaint and Petition for Writ of Mandate (ECF No. 4) is GRANTED without leave to amend.

DATED:  June 29, 2020

/s/ John A. Mendez

UNITED STATES DISTRICT COURT JUDGE