UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| JAMES FRAZIER RICHARDSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF SHASTA, WILLIAM S. BATEMAN, et al.,<br><br>　　　　　Defendants. | Case No.: 2:20-CV-00113-JAM-CKD PS<br><br>Complaint Filed: September 30, 2019<br>FAC Filed: December 6, 2019<br><br>**ORDER ON JOINT NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE SEPTEMBER 30, 2020 HEARING ON DEFENDANTS' MOTION FOR ATTORNEYS' FEES** |

　　　The parties have advised the court of a conditional settlement.  Accordingly, pursuant to the parties' request, the Court hereby vacates the September 30, 2020 hearing on defendants' Motion for Attorneys' Fees and all related dates and continues the hearing to December 9, 2020.

Dated:  September 24, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1